# AFFIDAVIT OF NON-SERVICE

| Case: 2:22-cv-00733-LA | Court: U.S. District Court for the Eastern District of Wisconsin | County: United States, Wisconsin | Job: 9134288 (29459.117) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Third-Party Plaintiff, Menard, Inc. | | **Defendant / Respondent:** Third-Party Defendant, Djuan Williams a/k/a Dajuan Williams | |
| **Received by:** WI Process | | **For:** Lewis Brisbois Bisgaard & Smith LLP | |
| **To be served upon:** Djuan Williams a/k/a Dajuan Williams | | | |

I, Gino Hoffmann, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Djuan Williams a/k/a Dajuan Williams, 9381 S 29TH ST Apt 103, FRANKLIN, WI 53132-9147 |
|---|---|
| Manner of Service: | Bad Address |
| Documents: | Kelley - Summons Issued by Clerk's Office Issued 06-14-23.pdf, Kelley - Doc 033 - DEF Menard's Third-Party Complaint with Exhibit and Summons 06-13-23 F.pdf, 22cv733 Alias Summons on Third Party Complaint Issued on 8-11-2023 |

### Additional Comments:

1) Unsuccessful Attempt: Jul 7, 2023, 11:31 am CDT at 5820 N. 36th Street, Milwaukee, WI 53209

███████████████████████████████████████████████████████████████████████████████████████

2) Unsuccessful Attempt: Jul 27, 2023, 10:22 am CDT at 7224 W WABASH AVE, MILWAUKEE, WI 53223-2609
I rang the doorbell to the residence and there was no answer. I waited several minutes and rang again, and there was no answer.

3) Unsuccessful Attempt: Jul 29, 2023, 8:36 pm CDT at 7224 W WABASH AVE, MILWAUKEE, WI 53223-2609
I rang the doorbell to the residence and there was no answer. I waited several minutes and rang again, and there was no answer.

4) Unsuccessful Attempt: Jul 30, 2023, 5:29 pm CDT at 7224 W WABASH AVE, MILWAUKEE, WI 53223-2609
I rang the doorbell to the residence and there was no answer. I waited several minutes and rang again, and there was no answer. I left a contact card.

5) Unsuccessful Attempt: Jul 31, 2023, 11:20 am CDT at 7224 W WABASH AVE, MILWAUKEE, WI 53223-2609
I rang the doorbell to the residence and there was no answer. I waited several minutes and rang again, and there was no answer. I knocked on the adjacent neighbor's door as well to try to confirm residency but there was no answer.

6) Unsuccessful Attempt: Jul 31, 2023, 12:02 pm CDT at Phone Call
I received a call back from phone ████████████ from my contact info left behind from a female who identified as ████. She stated that there is no Dujuan Williams at this address. She keeps getting mail for him but she's lived here for several years and does not know who that is.

7) Unsuccessful Attempt: Aug 13, 2023, 12:04 pm CDT at 7038 W HUMMINGBIRD CT, MILWAUKEE, WI 53223-2768
This is a private gated community that requires a resident key fob to enter no way in. I tried ringing ████ from the directory but the line goes to a disconnected phone number.

8) Unsuccessful Attempt: Aug 15, 2023, 9:22 am CDT at 1021 N 24TH ST, MILWAUKEE, WI 53233-1011
This is a vacant home. The doors and windows to the home are boarded up by the city.

9) Unsuccessful Attempt: Aug 16, 2023, 11:47 am CDT at 4130 N 42ND ST, MILWAUKEE, WI 53216-1616
███████████████████████████She does not recognize the name and said there is nobody living here by that name.

10) Unsuccessful Attempt: Aug 16, 2023, 12:00 pm CDT at 5641 W NORTH AVE, MILWAUKEE, WI 53208-1052
A███████████████████████, said I have the wrong address. Name of defendant not known here.

11) Unsuccessful Attempt: Aug 16, 2023, 8:11 pm CDT at 9381 S 29TH ST Apt 103, FRANKLIN, WI 53132-9147
Home owner, ████████████████████ says he does not know who this person is, I have the wrong address.

10/10/2023

_(signature)_

Gino Hoffmann                    **Date**

WI Process
P.O. Box 270032
Milwaukee, WI 53227
(414) 251 3075

_Subscribed and sworn to before me by the affiant who is_
_personally known to me._

_(signature)_
**Notary Public**

10-10-2023                    6-18-2025

**Date**                    **Commission Expires**

JOSHUA JON HOFFMANN
Notary Public
State of Wisconsin