IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DARNELL KELLEY and PHYLLIS LEE-KELLEY, | )<br>)<br>) |
| Plaintiffs, | ) NO. 2:22-cv-00733-LA<br>) |
| ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES and XAVIER BECERRA, SECRETARY OF THE DEPT. OF HEALTH AND HUMAN SERVICES, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Subrogated Plaintiffs;<br>v. | )<br>)<br>) |
| MENARD, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | )<br>)<br>)<br>) |
| Defendants, | )<br>) |
| MENARD, INC., | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| DJUAN WILLIAMS a/k/a DAJUAN WILLIAMS, | )<br>)<br>) |
| Third-Party Defendant. | ) |

### ORDER ON MENARD, INC.'S MOTION FOR LEAVE TO USE ALTERNATIVE SERVICE AND FOR EXTENSION OF TIME TO SERVE THIRD-PARTY DEFENDANT

THIS CAUSE coming to be heard on Defendant and Third-Party Plaintiff, Menard, Inc.'s, Motion for Leave to Use Alternative Service and For Extension of Time to Serve Third-Party Defendant, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED and DECREED, upon a finding of good cause shown, that the aforesaid Motion is GRANTED.

IT IS HEREBY ORDERED: Defendant and Third-Party Plaintiff, Menard, Inc., is hereby permitted to serve Third-Party Defendant, Djuan Williams a/k/a Dajuan Williams, with an Alias Summons and its Third-Party Complaint via publication pursuant to Fed. R. Civ. P. 4(e)(1), Wis. Stats. §§ 801.11(1)(c) and 985.

IT IS FURTHER ORDERED: Menard, Inc. is excused from the request for waiver of service requirement of Fed. R. Civ. P. 4(d) and the mailing requirement of Wis. Stat. § 801.11(1)(c).

IT IS FURTHER ORDERED: Menard's time to effect service by publication pursuant to Wis. Stat. § 985 is extended by 90 days, to and including February 9, 2024.

SO ORDERED this 18th day of December, 2023.

/s/ Lynn Adelman
JUDGE, U.S. DISTRICT COURT

Distribution: All Counsel of Record